THE LAW OFFICES OF ANDREW J. FRISCH, PLLC

March 23, 2025

The Honorable Eric N. Vitaliano
United States District Judge

The Honorable James R. Cho
United States Magistrate Judge

225 Cadman Plaza East
Brooklyn, New York 11201

     Re: *United States v. OZY Media, Inc., et al.;*
     *Civil Docket No. 23-1424 (ENV)(JRC)*

Dear Judge Vitaliano and Magistrate Judge Cho:

     I respectfully submit this letter as an application that the Court extend the deadline for the parties to submit a status report by March 26, 2025 (Order of March 12, 2025), and that defendants Carlos Watson and OZY Media, Inc. be afforded at least a week from the Court's ruling on this application to engage new counsel or otherwise advise the Court of their position in this case.

     This past week, on March 18, 2025, the Second Circuit heard oral argument on the defendants' application for bail pending appeal and related relief. The Circuit is aware that Mr. Watson has been ordered to surrender to begin serving the custodial portion of his sentence on or before March 28, 2025, and so the Circuit is expected to rule on the application for bail this coming week and as early as tomorrow, March 24, 2025. While I have no information from Mr. Watson or otherwise as to his intentions for representation in this SEC case, I surmise this his way forward will be informed by the Circuit's ruling.

     Meanwhile, neither of the lawyers noticed to appear for defendants in this collateral SEC enforcement action are authorized or empowered to represent the defendants. As I advised the Court in my motion to withdraw (Docket 33), which I subsequently withdrew (Docket 34), I noticed my appearance in this case for both defendants in October 2024 after I noticed my appearance in the criminal case (after conclusion of the criminal trial). The defendants' engagement of me expressly provides that it does not cover my representation of the defendants in this SEC case after sentencing in the criminal case and further provides that the defendants agree to cooperate with my withdrawal from this SEC case. Attorney Ronald Sullivan, who represented Mr. Watson at trial, earlier noticed his appearance for Mr. Watson (but not OZY) in this SEC case, and he has advised me that he is not engaged to represent Mr. Watson in this SEC case going forward.

Mr. Watson has hired a law firm to represent him and OZY for their direct appeal in the criminal case, and that firm has noticed its appearance in the Circuit. My understanding is that Mr. Watson is or has been speaking to at least one other law firm but I do not know the scope of the attendant prospective engagement if any, nor am I privy to the scope of representation of the firm which has noticed its appearance in the Circuit. I have advised my clients of my motion to withdraw from this case and the Court's subsequent order for a status report. I have no information, privileged or otherwise, of my clients' intentions for representation in this SEC case. I am not now authorized nor empowered to speak for them in this case and was not engaged to do so.

For these reasons, I respectfully request that the Court extend the deadline for the parties to submit a status report, and that the defendants be afforded at least a week from the Court's ruling on this application to engage counsel or otherwise advise the Court of their position in this SEC case. I will relay any such order to the defendants.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch

cc:  Counsel of record