UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------x<br>SECURITIES AND EXCHANGE COMMISSION<br>    v.<br>OZY Media, *et al.*,<br>    Defendants. | Case No. 1:23-CIV-1424 (ENV) (JRC)<br><br>**LETTER ON BEHALF OF MR. WATSON** |

The Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cho,

We respectfully submit this letter to inform the Court that Mr. Carlos Watson has asked us to file the attached letter on his behalf.

Accordingly, please find attached **Exhibit A**, which is the letter authored by Mr. Watson.

    Respectfully submitted,

    **Ronald S. Sullivan Jr.**
    Ronald Sullivan Law PLLC
    1300 I Street NW
    Suite 400E
    Washington, DC 20005
    rsullivan@ronaldsullivanlaw.com
    (202) 313-8313