EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

OZY MEDIA, INC., et al.,

Defendants.

### Case No. 23-cv-01424 (ENV) (JRC)

### LETTER MOTION TO EXTEND TIME TO SECURE COUNSEL

To:
The Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cho:

Pursuant to the Court's order of May 12, 2025, I write to respectfully request an extension of time to secure counsel for me and Ozy Media, Inc. The current deadline is July 12, 2025. I have been working diligently to secure counsel and spoken to a number of attorneys. I respectfully request an additional 30 days, through and including Monday, August 11, 2025.

I am advised that the SEC does not oppose this request.

Thank you for the Court's consideration.


Respectfully submitted,

*/s/ Carlos R. Watson, Jr.*

Carlos R. Watson, Jr.

Individually and on behalf of Ozy Media, Inc.
acp.carlos@proton.me
650.465.7723

cc: SEC Counsel (via ECF)