UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
SECURITIES AND EXCHANGE :
COMMISSION, :
:
:
Plaintiff, :
: 23 Civ. 1424 (ENV) (JRC)
-against- :
:
OZY MEDIA, INC., CARLOS R. WATSON, :
JR., SAMIR RAO, and SUZEE HAN, :
:
Defendants. :
:
-----------------------------------------------------------------x

## JOINT STIPULATION TO DISMISS AND RELEASES

Plaintiff United States Securities and Exchange Commission (the "Commission") and Defendant Carlos R. Watson, Jr. ("Defendant") respectfully submit this joint stipulation ("Stipulation").

**WHEREAS** the Commission filed its complaint in this civil enforcement action (the "Civil Action") on February 23, 2023.

**WHEREAS**, in the exercise of its discretion, the Commission believes the dismissal of this case is appropriate.

**WHEREAS** the Commission's decision to seek dismissal of the Civil Action does not necessarily reflect the Commission's position on any other case.

**WHEREAS**, by this Stipulation, the Commission and the Defendant agree to have the Civil Action dismissed.

**NOW, THEREFORE,**

1. Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the Commission and the Defendant

1

stipulate that the Civil Action be dismissed with prejudice as to the conduct alleged in the Complaint through the date of the filing of this Stipulation, and without costs or fees to either party.

2. Defendant, for himself and any of his agents, attorneys, employees, or representatives, hereby waives and releases:

   a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant that in any way relate to the Civil Action, including but not limited to investigative steps taken prior to commencing the Civil Action.

   b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Civil Action, including but not limited to investigative steps taken prior to commencing the Civil Action.

3. Each of the undersigned represents that they have the authority to execute this Stipulation on behalf of the party so indicated.

STIPULATED AND AGREED

/s/ Margaret A. Ryan
Margaret A. Ryan
Director, Division of Enforcement
Securities and Exchange Commission
100 F Street NE
Washington DC  20549

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 9/24/25

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The clerk of court is directed to close this case.

/s/ Hayden M. Brockett
Paul G. Gizzi
Hayden M. Brockett
New York Regional Office
100 Pearl Street
Suite 20-100
New York, NY 10004-2616
Tel: 212-336-9107 (Brockett)
brocketth@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

Dated: September 12, 2025

/s/ Andrew James Frisch
Andrew James Frisch
Cuti Frisch PLLC
233 Broadway Suite 1720
New York, NY 10279
Counsel for Defendant Carlos R. Watson

Dated: September 13, 2025